JS-6

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

CHEN, Chun-Yi, et. al.

    Plaintiffs,

  v.

UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, et al.

    Defendants.

**Case No.: CV 14-6550-GW(AJWx)**

**ORDER**

Judge George H. Wu

    The Court APPROVES the parties' stipulation. The above captioned case shall be dismissed with prejudice.

    IT IS SO ORDERED.

DATED: April 21, 2015

_____
Hon. George H. Wu
United States District Judge